UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RESUL REDZEPI

v.

CHIEF OF POLICE, et al.

CASE NO. 3:02CV517 (JBA)(JGM)

FILED
FEB 27  3 38 PM '04
PRISONER

## ORDER

On May 14, 2002, the court ordered plaintiff to effect service of the petition on the defendants within 120 days and to file a return of service within 130 days. To date, plaintiff has not complied with this order. Indeed, plaintiff has not communicated with the court since November 2002.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to comply with the court's order. Plaintiff shall include his return of service with his response to this order. Plaintiff is cautioned that failure to respond to this order on or before March 22, 2004, will result in the dismissal of this case.

**SO ORDERED** this 26th day of February, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE