UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



RESUL REDZEPI
          v.
CHIEF OF POLICE, et al.

PRISONER
CASE NO. 3:02cv517(JBA)(JGM)

ORDER OF DISMISSAL

On May 14, 2002, the court ordered plaintiff to effect service of the complaint on all defendants and to file a return of service with 130 days. Plaintiff did not comply with this order. On February 27, 2004, the court ordered plaintiff to show cause why his complaint should not be dismissed for failure to comply with the order. The court's order has been returned as undeliverable. The notation on the envelope indicates that plaintiff no longer resides at the address he provided to the court upon his release from prison.

Rule 83.1(c)2, D. Conn. L. Civ. R., requires a *pro se* party to provide an address within this district at which service may be made upon him. Because plaintiff has neither complied with this rule nor contacted the court since November 2002, when he informed the court of his release from custody, this action is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute and failure to comply with the court's order. Any motion to reopen this dismissal shall

demonstrate good cause for plaintiff's failure to comply with the court's order and failure to provide a current address.

**SO ORDERED** this __21st__ day of May 2004, at New Haven, Connecticut.

Janet Bond Arterton
United States District Judge